THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jerry Belk, Appellant.
 
 
 

Appeal From Richland County
  G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-380
 Submitted June 1, 2009  Filed June 30,
2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Jerry
 Belk appeals his guilty pleas for two
 counts of auto breaking and two counts of property offenses, third offenses.  On appeal, Belk's counsel alleges the trial court erred in accepting his plea without
 first receiving a factual basis for the pleas.  After a thorough review of the record and counsel's brief pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
SHORT,
WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.